IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00324-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JOSE MIGUEL HERNANDEZ-VARGAS,

    Defendant.

_____

**ORDER SETTING TRIAL DATES AND DEADLINES**
_____

    This matter has been scheduled for a three-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **October 27, 2014 at 8:00 a.m.**  It is

    ORDERED that all pretrial motions shall be filed by **September 19, 2014** and responses to these motions shall be filed by **September 26, 2014.**  It is further

    ORDERED that expert witness disclosures pursuant to Fed. R. Crim. P. 16 shall be made no later than seven days before the deadline for filing pretrial motions and any challenges to such experts shall be made by the pretrial motion filing deadline.  It is further

    ORDERED that disclosures regarding rebuttal expert witnesses shall be made one week after the deadline for filing pretrial motions and any challenges to such experts shall be made no later than two weeks after the pretrial motions deadline.  It is further

ORDERED that a Trial Preparation Conference is set for **October 24, 2014 at 9:00 a.m.** in Courtroom A701.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1)  jury selection;

2)  sequestration of witnesses;

3)  timing of presentation of witnesses and evidence;

4)  anticipated evidentiary issues;

5)  any stipulations as to fact or law; and

6)  any other issue affecting the duration or course of the trial.

DATED August 27, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge